UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:16-cv-80079-RLR

GREENFLIGHT VENTURE
CORPORATION,

      Plaintiff,

vs.

WHITEPAGES, INC.;
TRUE SOFTWARE SCANDINAVIA A.B.;
and ALEX ALGARD, an individual,

      Defendant.

_____/

## NOTICE OF FILING CORRECTED CIVIL COVER SHEET

Plaintiff, Greenflight Venture Corporation, by and through undersigned counsel, hereby gives notice of filing the attached corrected Civil Cover Sheet, correcting an inadvertent omission from Section VI of the original Civil Cover Sheet regarding "Related Cases."

Date: January 15, 2016

Respectfully submitted,

Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 804-4441
Facsimile: (561) 835-9602

By: _____
    David A. Greene
    Florida Bar No. 87629
    dgreene@foxrothschild.com

*Attorneys for Plaintiff, Greenflight Venture Corporation*

ACTIVE 38543464v1 01/15/2016