UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-CV-80079-RLR

GREENFLIGHT VENTURE CORPORATION,

    Plaintiff,

v.

WHITEPAGES, INC.,
TRUE SOFTWARE SCANDINAVIA A.B.,
and ALEX ALGARD,

    Defendants.

## STIPULATION OF DISMISSAL OF DEFENDANTS WHITEPAGES AND ALEX ALGARD

Greenflight Venture Corporation, Jeffrey Isaacs, and Whitepages Corporation and Alex Algard, by and through their undersigned counsel, hereby stipulate to dismissal, without prejudice, of Whitepages Corporation and Alex Algard as defendants in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

| WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br><br>By:   *s/James F. Herbison*<br>    James F. Herbison<br>    Florida Bar No. 0554715<br>    JHerbiso@winston.com | PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.<br>1000 Brickell Avenue<br>Suite 600<br>Miami, FL 33131<br>Telephone: (305) 377-0086<br>Facsimile: (305) 377-0781<br><br>By:   *s/Joshua B. Spector*<br>    Joshua B. Spector<br>    Florida Bar No. 0584142<br>    Email: jspector@pbyalaw.com |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/James F. Herbison*
James F. Herbison

## SERVICE LIST

**GREENFLIGHT VENTURE CORPORATION v. WHITEPAGES, INC.,** *et al.*
**CASE NO.: 9:16-CV-80079-RLR**

**Joshua B. Spector**
Joshua Spector, Esq. (0584142)
Email:  jspector@pbyalaw.com
Email: eservicemia@pbyalaw.com
PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 377-0086
Facsimile: (305) 377-0781
*Attorneys for Defendants Whitepages, Inc. and Alex Algard*