UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENFLIGHT VENTURE CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>WHITEPAGES, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-01837-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to 16-cv-00175, *Whitepages, Inc. v. Greenflight Ventures Corporation, et al*.

**IT IS SO ORDERED.**

Dated: 4/21/2016

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge