Ashley N. Moore (SBN 24074748)
Admitted *Pro Hac Vice*
amoore@mckoolsmith.com
Warren Lipschitz (SBN 24078867)
Admitted *Pro Hac Vice*
wlipschitz@mckoolsmith.com
Jonathan Powers (SBN 24098277)
Admitted *Pro Hac Vice*
jpowers@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:     (214) 978-4000
Facsimile:     (214) 978-4044

Phillip J. Lee (SBN 263063)
plee@McKoolSmithHennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:     (213) 694-1200
Facsimile:     (213) 694-1234

Attorneys for Defendant
True Software Scandinavia, AB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,<br><br>Defendants.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC., a Delaware corporation, | Case No.   3:16-cv-00175-RS<br>            3:16-cv-01837-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE INITIAL JOINT CASE MANAGEMENT CONFERENCE**<br><br>**DEMAND FOR JURY**<br><br>JUDGE: Hon. Richard Seeborg |

MCKOOL SMITH, P.C.
DALLAS, TX

1 | Counterclaim-Defendant.
2 | GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,
3 |
4 | Plaintiffs,
5 | v.
6 | TRUE SOFTWARE SCANDINAVIA, AB,
7 | Defendant.

McKool Smith, P.C.
Dallas, TX

Case No. 3:16-cv-00175-RS                     STIPULATION & [PROPOSED] ORDER TO VACATE
Case No. 3:16-cv-01837-RS                     JOINT CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 6-2(a), Defendants, Counterclaim-Plaintiffs, and Plaintiffs Greenflight Venture Corporation ("Greenflight Venture") and Jeffrey Isaacs (together, "Greenflight"), Plaintiff and Counterclaim-Defendant Whitepages, Inc. ("Whitepages"), and Defendant True Software Scandinavia, AB ("True Software"), through their respective attorneys, hereby stipulate as follows:

**WHEREAS**, by Order dated January 11, 2016, the Court set an Initial Case Management Conference in Whitepages, Inc. v. Greenflight Venture Corporation, et al., Case No. 3:16-cv-00175-RS for April 13, 2016 (Dkt. No. 3), which after a series of orders resetting the conference was set for August 4, 2016 at 10:00 am (Case No. 3:16-cv-00175-RS, Dkt. No. 40, Case No. 16-cv-01837, Dkt. No. 54). Upon request by True Software to attend the Case Management Conference by telephone, the Court entered a minute order on July 20 setting the conference for 11:00 a.m. on August 4, 2016. (3:16-cv-01837-RS, Dkt. No. 59.) By Order dated August 2, 2016 the Case Management Conferences for both cases were continued to September 8, 2016. (3:16-cv-00175-RS, Dkt. No. 52);

**WHEREAS**, by Order dated July 25, 2016, the Court granted Whitepages' Motion for Judgment on the Pleadings on its affirmative defense of invalidity of the asserted patent under 35 U.S.C. § 101, and dismissed Greenflight's counterclaim against Whitepages for infringement as moot (Case No. 3:16-cv-00175-RS, Dkt. No. 48);

**WHEREAS**, the Court granted Greenflight leave to file a Motion for Reconsideration of the Court's Order on Whitepages' Motion for Judgment on the Pleadings, which the Court denied on August 16, 2016. (Case No. 3:16-cv-00175-RS, Dkt. Nos. 50, 52, 54);

**WHEREAS**, the parties have conferred and agree that in view of the Court's Order on Whitepages' Motion for Judgment on the Pleadings and Greenflight's Motion for Reconsideration, and in the interest of efficiency for both the parties and the Court, the Initial Case Management Conferences currently set for September 8, 2016 should be taken off calendar;

**THE PARTIES HEREBY STIPULATE** for the reasons set forth above, that the Initial Case Management Conferences currently set for September 8, 2016 shall be taken off calendar.

-1-

Case No. 3:16-cv-00175-RS
Case No. 3:16-cv-01837-RS

STIPULATION & [PROPOSED] ORDER TO VACATE JOINT CASE MANAGEMENT CONFERENCE

McKool Smith, P.C.
Dallas, TX

| | |
|---|---|
| Dated: September 1, 2016 | */s/ Bryan A. Kohm*<br>BRYAN A. KOHM (CSB No. 233276)<br>bkohm@fenwick.com<br><br>RAVI R. RANGANATH (CSB NO. 272981)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street,12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br><br>ELIZABETH B. HAGAN (WSBA No. 46933)<br>Admitted Pro Hac Vice, ehagan@fenwick.com<br>FENWICK & WEST LLP<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101<br>Telephone: 206.389.4510<br>Facsimile: 206.389.4511<br><br>Attorneys for Plaintiff<br>WHITEPAGES, INC. |
| Dated: September 1, 2016 | */s/ Aldo A. Badini*<br>Aldo A. Badini<br>Constance F. Ramos<br>James C. Lin<br>WINSTON & STRAWN LLP<br><br>Attorneys for Declaratory Judgment Defendants and Counterclaim-Plaintiffs<br>GREENFLIGHT VENTURE CORPORATION and JEFFREY ISAACS |

-2-

Case No. 3:16-cv-00175-RS
Case No. 3:16-cv-01837-RS

STIPULATION & [PROPOSED] ORDER TO VACATE
JOINT CASE MANAGEMENT CONFERENCE

Dated: September 1, 2016

*/s/ Ashley N. Moore*
Ashley N. Moore (SBN 24074748)
Admitted Pro Hac Vice
amoore@mckoolsmith.com
Warren Lipschitz (SBN 24078867)
Admitted Pro Hac Vice
wlipschitz@mckoolsmith.com
Jonathan Powers (SBN 24098277)
Admitted Pro Hac Vice
jpowers@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Phillip J. Lee (SBN 263063)
plee@McKoolSmithHennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Defendant
TRUE SOFTWARE SCANDINAVIA, AB

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Richard Seeborg
United States District Judge

-3-

Case No. 3:16-cv-00175-RS
Case No. 3:16-cv-01837-RS

STIPULATION & [PROPOSED] ORDER TO VACATE
JOINT CASE MANAGEMENT CONFERENCE