Ashley N. Moore (SBN 24074748)
Admitted *Pro Hac Vice*
amoore@mckoolsmith.com
Warren Lipschitz (SBN 24078867)
Admitted *Pro Hac Vice*
wlipschitz@mckoolsmith.com
Jonathan Powers (SBN 24098277)
Admitted *Pro Hac Vice*
jpowers@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:    (214) 978-4000
Facsimile:    (214) 978-4044

Phillip J. Lee (SBN 263063)
plee@McKoolSmithHennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:    (213) 694-1200
Facsimile:    (213) 694-1234

Attorneys for Defendant
True Software Scandinavia, AB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TRUE SOFTWARE SCANDINAVIA, AB,<br>　　　　　　Defendant. | No. 3:16-cv-01837-RS<br><br>**[PROPOSED]** ORDER FOR ENTRY OF JUDGMENT |

On May 23, 2016, in the related case, *Whitepages, Inc. v. Greenflight Venture Corporation et al.*, Case No. 3:16-cv-00175-RS ("Related Case"), Whitepages, Inc. ("Whitepages") filed a Motion for Judgment on the Pleadings on its affirmative defense of invalidity of U.S. Patent No. 8,861,698 under 35 U.S.C. § 101. On July 11, 2016, True Software joined that motion. On July 25, 2016, the Court granted the motion and held that U.S. Patent No. 8,861,698 is invalid under 35 U.S.C. § 101. On August 16, 2016, the Court denied Greenflight's motion for reconsideration. Therefore,

**IT IS HEREBY ORDERED** that judgment of invalidity of U.S. Patent No. 8,861,698 is entered in favor of True Software and against Greenflight.

**IT IS FURTHER ORDERED** that all remaining claims, counterclaims, and defenses asserted in this action be dismissed as moot.

The Clerk of the Court is directed to enter judgment in accordance with this Order.

DATED: 10/13, 2016

The Honorable Richard Seeborg
United States District Judge

McKool Smith, P.C.
Dallas, TX